DECEMBER 8, 1948.

No. 258, Misc. WHEELER ET AL. *v.* REID, SUPERINTENDENT. Motion for leave to file petition for writ of certiorari denied. *James J. Laughlin* for petitioner.

DECEMBER 9, 1948.

No. 260, Misc. WHEELER *v.* CLEMMER. Motion for leave to file petition for writ of habeas corpus denied, and motion for stay of execution also denied.

DECEMBER 13, 1948.

No. 414. RING ET AL., TRADING AS R. & B. TRUCK & PARTS CO., *v.* MAYOR AND COUNCIL OF THE BOROUGH OF NORTH ARLINGTON. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Abraham Alboum* for appellants.

No. 433. HODGE ET AL. *v.* TULSA COUNTY ELECTION BOARD ET AL. *Per Curiam:* The judgment is vacated and the case is remanded with directions to dismiss the cause as moot. *Mills* v. *Green,* 159 U. S. 651; *United States* v. *Anchor Coal Co.,* 279 T. S. 812. *Amos T. Hall* for appellants.

No. 86, Misc. ROBERTS *v.* MEMPHIS STREET RAILWAY CO.